## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIFFANY THOMAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>　　　　　Defendant. | Civil Action No. 22-1491-GBW-LDH |

## ORDER

At Wilmington, Delaware this 27th day of July 2026:

WHEREAS, on December 22, 2025, Defendant Trans Union, LLC ("Defendant") filed a Motion for Summary Judgment (D.I. 21) ("Defendant's Motion");

WHEREAS, on February 5, 2026, the Court issued an Order directing Plaintiff Tiffany Thomas ("Plaintiff") to file a response and answering brief to Defendant's Motion (D.I. 26 at 1-2);

WHEREAS, the Court notified Plaintiff that failure to comply with the Court's February 5, 2026 Order (D.I. 26) would result in entry of summary judgment or dismissal of Plaintiff's Complaint (D.I. 26 at 2);

WHEREAS, on May 18, 2026, Magistrate Judge Laura D. Hatcher ("Judge Hatcher") issued a Report and Recommendation in which Judge Hatcher recommended that (1) the Court dismiss Plaintiff's Complaint (D.I. 1, Ex. A) for failure to comply with the Court's February 5, 2026 Order, and (2) the Court deny Defendant's Motion as moot (D.I. 32);

WHEREAS, objections to the Report and Recommendation were due on June 1, 2026, (D.I. 32); *see also* Fed. R. Civ. P. 72(b)(2); D. Del. LR 72(b);

WHEREAS, no objections have been filed as of July 27, 2026, (*see Thomas v. Experian Information Solutions, Inc., et al.*, C.A. No. 22-1491-GBW-LDH); and

WHEREAS, the Court has given the Report and Recommendation reasoned consideration, and agrees with its conclusions for the reasons stated therein, *see Equal Emp. Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (district judges required to give report and recommendation of a magistrate judge, for which no timely objections have been filed, reasoned consideration).

THEREFORE, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (D.I. 32) is **ADOPTED**;

2. Plaintiff's Complaint (D.I. 1, Ex. A) is **DISMISSED**; and

3. Defendant's Motion (D.I. 21) is **DENIED-AS-MOOT**.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE

2